**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**

**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District | 2:07cv129-WKW |
|---|---|---|
| Name (under which you were convicted): DAVID COOPER | | Docket or Case No.: CC-2006-1084-JH |
| Place of Confinement: Montgomery County Detention Facility | | Prisoner No.: 7743 |
| Petitioner (include the name under which you were convicted) David Cooper | Respondent (authorized person having custody of petitioner) v. Sheriff D.T. Marshall | |
| The Attorney General of the State of | | FILED |

FEB 5 2007

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Montgomery County Circuit Court 251 South Lawrence St Montgomery AL. 36104

    (b) Criminal docket or case number (if you know): CC-2006-1084-JH Judge Johnny Hardwick

2. (a) Date of the judgment of conviction (if you know): 1-29-07

    (b) Date of sentencing: N/A None Process

3. Length of sentence: N/A Case None process

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☐   No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: _____

    _____

    _____

    _____

    _____

6. (a) What was your plea? (Check one)

    (1) Not guilty ☑          (3) Nolo contendere (no contest) ☐

    (2) Guilty ☐              (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____ N/A _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ☐    CASE NONE process At trial Date,

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐    In Some words I spoke regarding this Case.

8. Did you appeal from the judgment of conviction?

Yes ☐ No ☑    No appeal on None process CASE.

9. If you did appeal, answer the following:

(a) Name of court: _____ N/A _____

(b) Docket or case number (if you know): _____ N/A _____

(c) Result: _____ N/A _____

(d) Date of result (if you know): _____ N/A _____

(e) Citation to the case (if you know): _____ N/A _____

(f) Grounds raised: _____ N/A _____

However I did also Filed a writ of habees Corpus in the State Supreme Court regarding it's matter, and just to remine this Court legal I haven't been able to process pro-se in State District Court or State Circuit Court I am not Sure Supreme court will response.

(g) Did you seek further review by a higher state court?    Yes ☐ No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☑  No ☐  Cose NONE process as stated, and judge Johnny

    (7) Result: Hardwick refuse to release me accordingly to law.

    (8) Date of result (if you know): 1-30-07

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☑ No ☐ Hearing at trial D.A. stated that no witness show

M.D. Hall, 413 in behalf of the state against which was one witness

(7) Result: ___

(8) Date of result (if you know): 1-29-07

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:        Yes ☐ No ☐

(2)  Second petition:    Yes ☐ No ☐

(3)  Third petition:        Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Violetoin of the Fifth, eigth, fourteenth amendment which are Guarantee by the Fourteenth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Judge Johnny Hardwick Set Thirty Sheriff D.T. Marshall are holding me Illegally. On 1-29-07, I proceeded to trial, and the D.A. Stoted before Judge Johnny Hardwick the only witness police officer M.D. Hall 413, didn't show, and the D.A. moved for this Case to be None Process to Judge Johnny Hardwick. Judge Hardwick Granted None process this Case. It Was also found out to this Court that this petitioner didn't have any where to live and he Choosed to go back to Florida before this False Charge was place on him in the beginning. Judge Johnny Hardwick then stoted this is

(b) If you did not exhaust your state remedies on Ground One, explain why: There is nothing to exhaust and the office of the Clerk will not respond to anything I file pro se just like additional motion I had previously file with no respond from this court also.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

    have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑   No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑   No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❏  No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑  No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?          Yes ❑  No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?          Yes ❑  No ❑

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

<u>Supporting Facts</u> 2,    2:07CV129-WKN

law, and the law is strict in alabama you must have a residence
address by law in order to be release, I spoke words in my
behalf as to which the statute under the alabama code 1975
15-20-21 throughout legislative finding stating nothing about
keeping a person in jail because he is homeless in jail nor
in any statute regarding the registration of a Sex offender with
no address be outlined. petitioner further states that his original
charge was voilation of Community notification act, which
was a false charge place on me Statute 15-20-24 (B) which was
also a lie because he wasn't in alabama pursuant to statute 15-20-24
(B) 10 days, nor live here to receive a reciapt of a verification form
pursuant to that statute. Judge Johnny Hardwick is also lying about
a law to hold petitioner in jail until he find a residence in
Florida there is't any such law, he refused to file release
order on me after none proceeding the case. Petitioner states
prior Sgt. Thirty, who is over the Sexual offender registration at
the montgomery County Detention facility have been holding
inmates illegally in jail due to no legal residence against against
the statute 15-20-21 which mention nothing about it is law to
hold petitioner one anyone else in jail until they find residence
previously petitioner spoke with Sgt. Thirty about residence in
Florida and he stated he don't do out of states residence, it is
also clearly that anything is filed in Circuit Court one any
Court other then Federal Court the Clerk of the Court will
not response to petitioner litigation. I seek my immediate
release by law See 15-20-24 (B) including legislative finding
15-20-21 throughout clearly showing there is't any legal
law to hold me in jail after they cant none process this

## Supporting Facts 3

Case and also Sheriff D.T. Marshall is also allowing Sgt Thirty, to continue to hold petitioner illegally, this is why petitioner stated on lawsuit he wasn't a criminal and never was legally arrested by M.O. Hall, 413, on 4-9-07 and it is clear that petitioner wasn't legally guilty of anything by M.O. Hall witness not witnessing against petitioner on 1-25-07 at trial Special Circumstances is warranted, petitioner request to this honorable Court to subpoenaed the court transcript to her the D.A. request none process of case, and judge Hardwick's statement against petitioner continuing to put petitioner in a situation not legal and stating to petitioner to suit him because he is not letting petitioner go according to law, Petitioner, is right on lawsuit in this Court under case no. 2:07-CV-11-MEF-TFM and this action after legally been released clearly shows that this entire state is against petitioner simply because he believe in one God only, and who are continuing to do things to petitioner as harm thinking he will join them on a false God of some number two which doesn't exist, petitioner also state you can also subpoenaed a copy of the order of none processing petitioner case, petitioner seeks a immediate release by law from Sheriff D.T. Marshall and Sgt. Thirty of the montgomery County Detention Facility, again petitioner, can't file anything in circuit court pro se because they want response as I filed numerous motions with no response as of this date since 6-20-06, Bascially they are saying they can keep me in jail for the rest of my life, because I don't have any residence and I am homeless with no outside help, and I haven't been found guilty on nothing.

Date

David Cooper 7743



David Capox 7743
S.C.O.F.
P.O. Box 4599
Monty, Al. 36195

legal-mail

INMATE MAIL

Office of the Clerk
United States District Court
P.O. Box 711
Monty, Al. 36101

POSTAGE DUE 24¢

legal-mail

MONTGOMERY, AL 361
1 FEB 2007 PM

David Cooper 7743
Date 2-1-07

RECEIVED
2007 FEB -5  A 10: 05

Dear Clerk,

Here is my inmates account balance which is needed including Exhibit-A requesting a Copy of the Court order of my none Process Case with no avail. Also I am have one copy of the Habeas Corpus form 2254 And I discover you need three copies total, if you can please make two copies and Charge them to Case NO 2:06-CV-418-MNT, and if not then please Send me the original back and two additional Copy So I can be legitimate before this Court. Therefore the transcript Rule 5 (c) I believe is with Judge Johnny Hardwick, 251 S. Lawrence St monty AL, 36104 and the Sheriff D.T. marshall has excess to receive a Copy of my none process order here at the montgomery county detention Facility. I request this letter be a part of the record. Thank you for your Kindless.

David Cooper 7743
Date 2-1-07

Montgomery County Detention Facility    2:07CV129-WKW

# INMATE REQUEST FORM

DATE: 1-29-07

NAME: DAVID COOPER    TIME: 9:00 A.M.

BOOKING # 7743    CELLBLOCK: 4E #8

_Please check ONLY ONE of the following:_

_____ LAUNDRY

_____ RECREATION    FILED    _____ PROPERTY

_____ CHARGES/BOND INFORMATION    _____ VISITATION

_____ MAIL    FEB 5 2007    _____ FOOD SERVICE

_____ CANTEEN    _____ GENERAL LIBRARY

_____ ATTORNEY FORM - (Hardship Affidavit)    _____ MONEY INFORMATION
U.S. DISTRICT COURT

_____ COURT REQUEST FORM MIDDLE DIST. OF ALA    ✓ OTHER

*Briefly state your request*

S. Davis, Could you please give me a copy of my Non process papers regarding my case on 1-29-07, now I am only awaiting on a address vertification out of Florida which happen in court today. Thank you.

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

Date: 01/30/07    *ACTION TAKEN*    Time:

You will have to write your attorney or circuit court clerk for this. Send letter through U.S. Mail — not handmail.

Action Taken by: _S Davis_
Signature

## PLACE THIS FORM IN INMATE HANDMAIL BOX FOR PICK-UP

*Inmate Request Forms will be routed to the appropriate supervisor or administration for disposition.*
*Request Forms will be completed and placed in inmate's file.*
*Inmates will receive a copy when a written response is required.*

Revised 11/06

RESIDENT HISTORY REPORT

Montgomery County Jail
02/01/07 10:24
ST 002 / OPR YR

Page 1 of 2

| Booking Number | : 7743 |
| Resident Name | : COOPER, DAVID |
| Time Frame | : 04/08/2006 06:35 - 02/01/2007 10:24 |

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|-----|-----|-----------|--------|---------|
| 04/08/2006 | 06:35 | Intake | 4 | MTF | D1609 | | |
| 04/20/2006 | 09:15 | Order | 1 | mgmcl | A53940 | | |
| 04/25/2006 | 11:16 | Rec Payment | 3 | yr | C123842 | 2.47 | |
| 05/03/2006 | 12:11 | Rec Payment | 3 | yr | C124214 | 2.00 | 2.47 |
| 05/11/2006 | 08:47 | Order | 1 | JD | A55409 | 0.18 | 0.47 |
| 05/11/2006 | 08:47 | Rec Payment | 1 | JD | A55410 | 0.11 | 0.29 |
| 05/15/2006 | 08:48 | Order | 1 | JD | A55650 | 0.00 | 0.18 |
| 05/18/2006 | 08:41 | Order | 1 | JD | A55936 | 0.18 | 0.18 |
| 05/22/2006 | 09:08 | Order | 1 | JD | A56151 | 0.00 | 0.00 |
| 05/25/2006 | 08:20 | Order | 1 | JD | A56374 | 0.00 | 0.00 |
| 06/01/2006 | 08:32 | Order | 1 | JD | A56595 | 0.00 | 0.00 |
| 06/05/2006 | 08:36 | Order | 1 | JD | A56856 | 0.00 | 0.00 |
| 06/08/2006 | 08:40 | Order | 2 | JD | B65230 | 0.00 | 0.00 |
| 06/12/2006 | 08:59 | Order | 2 | JD | B65512 | 0.00 | 0.00 |
| 06/15/2006 | 08:08 | Order | 2 | JD | B65742 | 0.00 | 0.00 |
| 06/19/2006 | 08:44 | Order | 2 | JD | B66027 | 0.00 | 0.00 |
| 06/22/2006 | 08:16 | Order | 2 | JD | B66300 | 0.00 | 0.00 |
| 06/26/2006 | 08:46 | Order | 2 | JD | B66536 | 0.00 | 0.00 |
| 06/29/2006 | 10:15 | Order | 2 | JD | B66780 | 0.00 | 0.00 |
| 07/06/2006 | 08:14 | Order | 2 | JD | B67009 | 0.00 | 0.00 |
| 07/10/2006 | 08:42 | Order | 2 | JD | B67303 | 0.00 | 0.00 |
| 07/13/2006 | 07:52 | Order | 2 | JD | B67586 | 0.00 | 0.00 |
| 07/17/2006 | 08:59 | Order | 2 | JD | B67844 | 0.00 | 0.00 |
| 07/24/2006 | 09:24 | Order | 2 | JD | B68477 | 0.00 | 0.00 |
| 07/27/2006 | 08:48 | Order | 2 | JD | B68772 | 0.00 | 0.00 |
| 07/31/2006 | 09:02 | Order | 2 | JD | B69023 | 0.00 | 0.00 |
| 08/03/2006 | 08:32 | Order | 2 | JD | B69290 | 0.00 | 0.00 |
| 08/07/2006 | 09:02 | Order | 2 | JD | B69538 | 0.00 | 0.00 |
| 08/10/2006 | 08:09 | Order | 2 | JD | B69824 | 0.00 | 0.00 |
| 08/17/2006 | 08:18 | Order | 2 | JD | B70297 | 0.00 | 0.00 |
| 08/21/2006 | 08:58 | Order | 2 | JD | B70599 | 0.00 | 0.00 |
| 08/24/2006 | 08:48 | Order | 2 | JD | B70847 | 0.00 | 0.00 |
| 08/28/2006 | 09:37 | Order | 2 | JD | B71105 | 0.00 | 0.00 |
| 08/31/2006 | 07:59 | Order | 2 | JD | B71364 | 0.00 | 0.00 |
| 09/07/2006 | 09:51 | Order | 2 | JD | B71688 | 0.00 | 0.00 |
| 09/11/2006 | 08:44 | Order | 2 | JD | B71974 | 0.00 | 0.00 |
| 09/12/2006 | 13:47 | Credit | 2 | JD | B72139 | 0.00 | 0.00 |
| 09/14/2006 | 08:10 | Order | 2 | JD | B72225 | 0.00 | 0.00 |
| 09/18/2006 | 09:36 | Order | 2 | JD | B72470 | 0.00 | 0.00 |
| 09/21/2006 | 07:44 | Order | 2 | JD | B72766 | 0.00 | 0.00 |
| 09/25/2006 | 09:32 | Order | 2 | JD | B73018 | 0.00 | 0.00 |
| 09/28/2006 | 07:53 | Order | 2 | JD | B73262 | 0.00 | 0.00 |
| 10/02/2006 | 08:40 | Order | 2 | JD | B73483 | 0.00 | 0.00 |
| 10/09/2006 | 08:14 | Order | 2 | JD | B73775 | 0.00 | 0.00 |
| 10/12/2006 | 09:36 | Order | 2 | JD | B74032 | 0.00 | 0.00 |
| 10/16/2006 | 08:09 | Order | 2 | JD | B74307 | 0.00 | 0.00 |
| 10/19/2006 | 09:33 | Order | 2 | JD | B74574 | 0.00 | 0.00 |
| 10/23/2006 | 07:56 | Order | 2 | JD | B74843 | 0.00 | 0.00 |
| 10/26/2006 | 09:28 | Order | 2 | JD | B75091 | 0.00 | 0.00 |
| 10/30/2006 | 07:38 | Order | 2 | JD | B75353 | 0.00 | 0.00 |
| 11/02/2006 | 09:54 | Order | 2 | JD | B75592 | 0.00 | 0.00 |
| 11/06/2006 | 07:58 | Order | 2 | JD | B75843 | 0.00 | 0.00 |
| 11/13/2006 | 08:57 | Order | 2 | JD | B76084 | 0.00 | 0.00 |
| 11/16/2006 | 08:04 | Order | 2 | JD | B76360 | 0.00 | 0.00 |
| 11/20/2006 | 09:15 | Order | 2 | JD | B76619 | 0.00 | 0.00 |
| 11/22/2006 | 08:12 | Order | 2 | JD | B76925 | 0.00 | 0.00 |
| 11/27/2006 | 09:35 | Order | 2 | JD | B77226 | 0.00 | 0.00 |
| 11/30/2006 | 09:36 | Order | 2 | JD | B77534 | 0.00 | 0.00 |
| | | | | | | | 0.00 |

RESIDENT HISTORY REPORT

Montgomery County Jail
02/01/07 10:24
ST 002 / OPR YR

| Booking Number | : | 7743 |
| Resident Name | : | COOPER, DAVID |
| Time Frame | : | 04/08/2006 06:35 - 02/01/2007 10:24 |

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 11/30/2006 | 08:11 | Order | 2 | JD | B77862 | 0.00 | 0.00 |
| 12/04/2006 | 09:14 | Order | 2 | JD | B78142 | 0.00 | 0.00 |
| 12/07/2006 | 08:16 | Order | 2 | JD | B78548 | 0.00 | 0.00 |
| 12/11/2006 | 08:58 | Order | 2 | JD | B78844 | 0.00 | 0.00 |
| 12/14/2006 | 08:36 | Order | 2 | JD | B79109 | 0.00 | 0.00 |
| 12/18/2006 | 08:16 | Order | 2 | JD | B79392 | 0.00 | 0.00 |
| 12/21/2006 | 08:11 | Order | 2 | JD | B79703 | 0.00 | 0.00 |
| 12/28/2006 | 08:23 | Order | 2 | JD | B80069 | 0.00 | 0.00 |
| 01/04/2007 | 08:17 | Order | 2 | JD | B80410 | 0.00 | 0.00 |
| 01/08/2007 | 09:04 | Order | 2 | JD | B80753 | 0.00 | 0.00 |
| 01/11/2007 | 08:04 | Order | 2 | JD | B81039 | 0.00 | 0.00 |
| 01/15/2007 | 08:27 | Order | 2 | JD | B81278 | 0.00 | 0.00 |
| 01/18/2007 | 08:08 | Order | 2 | JD | B81514 | 0.00 | 0.00 |
| 01/22/2007 | 08:21 | Order | 2 | JD | B81801 | 0.00 | 0.00 |
| 01/25/2007 | 08:42 | Order | 2 | JD | B82117 | 0.00 | 0.00 |
| 01/29/2007 | 08:01 | Order | 2 | JD | B82358 | 0.00 | 0.00 |
| 02/01/2007 | 08:18 | Order | 2 | JD | B82690 | 0.00 | 0.00 |

EXHIBIT - B

**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

06-007731

| Victim Name as on Original Report:<br>(Last, First, Middle) | | Date,<br>Time of Offense: | Date,<br>Time of Supplement: |
|---|---|---|---|
| State of Alabama | | 4/06/06 1802 | 5/19/06 |
| Has arrest been made:<br>Yes / No | Date of Arrest: | Offense as Reported: | |
| | | Violation of the Community<br>Notification Act | |
| Has warrant/petition<br>Been signed: Yes / No | Date Warrant/<br>Petition Signed: | Offense after investigation: | |
| | | | |

**DISPOSITION:**

Show this case Cleared by the Arrest of black male David Cooper, DOB 8/23/52, of 362 North Anton Drive. Cooper was arrested and placed in the Montgomery County Detention Facility.

| Unfounded | Exc. Cleared | Investigator |
|---|---|---|
| Cleared By Arrest | Inactivated | Cpl M.D. Hall #413 |

10

EXHIBIT-C

Name: COOPER, DAVID               DOB: 8/23/1952
MR: B000079236          Acct: B0609400139
AdmPhys: GMS, Ahmed
Admit date: 4/4/2006          Discharge date: 4/6/2006

## CHEMISTRY

### Cardiac Enzymes

| COLLECTION DATE: | 4/5/06 | 4/4/06 | 4/4/06 | | |
|---|---|---|---|---|---|
| COLLECTION TIME: | 2:35:00 AM | 8:06:00 PM | 9:29:00 AM | REF RANGE | UNITS |
| Troponin-I | 0.12 | 0.17 | 0.11 | [<=0.60] | ng/mL |

### Lipid Panel

COLLECTION DATE:    4/5/06
COLLECTION TIME:    2:35:00 AM

| | | REF RANGE | UNITS |
|---|---|---|---|
| Chol | 200 | [100-240] | mg/dL |
| Trig | 91 | [30-200] | mg/dL |
| HDL | 117 H | [40-96] | mg/dL |
| LDL | 65 | [<=150] | mg/dL |
| VLDL | 18.2 | [7.0-33.0] | mg/dL |
| Chol/HDL | 1.7 | [0.0-5.0] | |
| LDL/HDL | 0.6 | [0.0-3.1] | |

### Thyroid Studies

COLLECTION DATE:    4/4/06
COLLECTION TIME:    3:00:00 PM

| | | REF RANGE | UNITS |
|---|---|---|---|
| T4 Free | 1.33 | [0.72-2.00] | ng/mL |

4/4/2006 3:00:00 PM  T4 Free:
Test performed by BMC South Chemistry Department

### Hepatitis Tests

COLLECTION DATE:    4/4/06
COLLECTION TIME:    3:00:00 PM

| | | REF RANGE | UNITS |
|---|---|---|---|
| Hep Bs Ab | Nonreactive | [Nonreactive] | |

4/4/2006 3:00:00 PM  Hep Bs Ab:
Test performed by BMC South Chemistry Department

%%END

EXHIBIT - C-1



80909400138
COOPER,DAVID
DOB: 08/23/52    Age:53Y    MR #:079236
Admit Date/Time: 04/04/06    0902A
2328 GUTIERREZ,CARLOS M

© 1996 - 2004 T-System, Inc. Circle or check affirmatives; backslash (\) negatives.

**Baptist Health**
## EMERGENCY PHYSICIAN RECORD
### Chest Pain    (5)

1 of 1    1 of 2

33

---

DATE:_____ TIME:_____ ROOM:_____ *EMS Arrival*

HISTORIAN: patient spouse paramedics

__HX / __EXAM UNOBTAINABLE 2° TO:_____

### HPI

**chief complaint:** chest pain / discomfort

Palpitations

**started:** On off for weeks -
Near syncope!
Per EMS pt's HR 200's

**time course:**
still present    better
gone now
lasted
resolved on arrival in ED

constant    "waxing & waning"
intermittent episodes lasting
_____
worse / persistent since

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
pain
"numbness"
"like prior MI"

**location of pain:**

**radiation:** none    diagrammed above_____

**associated symptoms:**
nausea
vomiting
shortness of breath
sweating

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**    nitroglycerin 1 2 3 ___
sitting up    patient's own supply
rest    given by paramedics
antacids    relief - none / partial /
nothing    complete / transient
Oxygen    NRB ___ L

**onset during:**
sleep rest / light activity
mod. / heavy exertion
emotional upset
cannot recall

**severity:**
maximum: (1-10)
mild / moderate / severe
when seen in ED: (1-10)
gone / almost gone  mild  moderate  severe
residual discomfort in arm (R/L)

Similar symptoms previously_____

Recently seen / treated by doctor_____

### PAST HX    negative    * = MI risk factors

high blood pressure
*diabetes  insulin / oral / diet
*high cholesterol
heart disease
    heart attack (MI)
    angina / heart failure / CAD
*DVT / PE / risk factors_____
GERD
other problems - aortic (perdial) valve
    replacement
Surgeries / Procedures    none    non-contributory

emphysema  (L)
collapsed lung
stroke
peptic ulcer
    documented?  yes  no
gall stones
thyroid disease

cardiac bypass_____
cardiac cath_____
angioplasty_____
thrombolytics_____
pacemaker_____

tonsillectomy
cholecystectomy
appendectomy
hysterectomy
defibrillator

VALVE REPLACEMENT

**Medications**  none  see nurses note
NSAID  acetaminophen  BCP's
ASA  time of last dose_____
_____
_____
_____

**Allergies**  NKDA
see nurses note

**SOCIAL HX**  recent ETOH    smoker    drug abuse

**FAMILY HX**  DM  HTN  CAD (less than 55yo / greater than 55yo )
sudden death    stroke    diabetes_____

### ROS

__HX / __EXAM UNOBTAINABLE 2° TO:_____

**CHEST / CONST**
fever
chills
cough
    sputum_____
ankle swelling
calf / leg pain

**NEURO**
headache
blackouts
EYES / ENT
blurred vision
sore throat
**GI / GU**
abdominal pain
black / bloody stools
problems urinating

**FEMALE REPRODUCTIVE**
LNMP
vaginal discharge
abnormal bleeding

**SKIN / LYMPH / MS**
skin rash / swelling
joint pain
all systems neg. except as marked

X_____    RN / PA / NP
HISTORY  RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

_____ MD

EXHIBIT-D

## Act 2005-301, § 1                                    2005 FIRST SPECIAL SESSION

**"§ 13A-5-6.**

"(a) Sentences for felonies shall be for a definite term of imprisonment, which imprisonment includes hard labor, within the following limitations:

"(1) For a Class A felony, for life or not more than 99 years or less than 10 years.

"(2) For a Class B felony, not more than 20 years or less than 2 years.

"(3) For a Class C felony, not more than 10 years or less than 1 year and 1 day.

"(4) For a Class A felony in which a firearm or deadly weapon was used or attempted to be used in the commission of the felony, or a Class A felony criminal sex offense involving a child as defined in Section 15–20–21(5), not less than 20 years.

"(5) For a Class B or C felony in which a firearm or deadly weapon was used or attempted to be used in the commission of the felony, or a Class B felony criminal sex offense involving a child as defined in Section 15–20–21(5), not less than 10 years.

"(b) The actual time of release within the limitations established by subsection (a) of this section shall be determined under procedures established elsewhere by law.

"(c) In addition to any penalties heretofore or hereafter provided by law, in all cases where an offender is designated as a sexually violent predator pursuant to Section 15–20–25.3, or where an offender is convicted of a Class A felony criminal sex offense involving a child as defined in Section 15–20–21(5), and is sentenced to a county jail or the Alabama Department of Corrections, the sentencing judge shall impose an additional penalty of not less than 10 years of post-release supervision to be served upon the defendant's release from incarceration.

**"§ 13A-6-69.**

"(a) It shall be unlawful for any person with lascivious intent to entice, allure, persuade or invite, or attempt to entice, allure, persuade or invite, any child under 16 years of age to enter any vehicle, room, house, office or other place for the purpose of proposing to such child the performance of an act of sexual intercourse or an act which constitutes the offense of sodomy or for the purpose of proposing the fondling or feeling of the sexual or genital parts of such child or the breast of such child, or for the purpose of committing an aggravated assault on such child, or for the purpose of proposing that such child fondle or feel the sexual or genital parts of such person.

"(b) A violation of this section is a Class C felony.

**13A-11-200.**

"(a) The Legislature declares that its intent in imposing certain reporting and registration requirements on criminal sex offenders is to protect the public, especially children, from the dangers posed by criminal sex offenders and not to further punish such offenders.

"(b) If any person, except a delinquent child, as defined in Section 12–15–1, residing in Alabama, has heretofore been convicted, or shall be convicted in any state or municipal court in Alabama, or federal court, or so convicted in another state in any court having jurisdiction similar to the jurisdiction of state and municipal courts in Alabama for any of the offenses hereinafter enumerated, such person shall, upon his or her release from legal custody, register with the sheriff of the county of his or her legal residence within seven days following such release or within 30 days after September 7, 1967, in case such person was released prior to such date. For purposes of this article, a conviction includes a plea of nolo contendere, regardless of whether adjudication was withheld. The offenses above referred to are generally any act of sexual perversion involving a member of the same or the opposite sex, or any sexual abuse of any member of the same or the opposite sex or any attempt to commit any of these acts, and without limiting the generality of the above statement shall include specifically: rape, as proscribed by Sections 13A–6–61 and 13A–6–62; sodomy, as proscribed by Sections 13A–6–63 and 13A–6–64; sexual misconduct, as proscribed by Section 13A–6–65; indecent exposure, as proscribed by Section 13A–6–68; promoting prostitution in the first or second degree, as proscribed by Sections 13A–12–111 and 13A–12–112; obscenity,

Additions in House Bills are indicated by underline; deletions by strikeout

EXHiBIT-D-1

# Esco & Benson, L.L.C.

ATTORNEYS AT LAW

547 SOUTH LAWRENCE STREET
MONTGOMERY, ALABAMA 36104

PAUL D. ESCO

TELEPHONE: 334-832-4529
FAX: 334-832-4527

J. CLAY BENSON, JR.

January 30, 2007

Lt. R. A. Stone
Montgomery County Sheriff's Office
115 South Perry Street
Montgomery, Alabama 36104

RE:    Proposed Residential Address
       State of Alabama v. David Cooper
       Case Number: CC-2006-1084-JH

Dear Lt. Stone:

I represent Mr. David Cooper in the above referenced case. On January 29, 2007, Judge Hardwick ordered for Mr. Cooper to be released upon providing an address where Mr. Cooper will be staying. Mr. Cooper is a resident of Florida and upon his release plans to stay at the following address:

           1698 Blount Road
           Pompano Beach, Florida 33069

Thank you and should you have any questions or need any additional information, please feel free to give me a call.

Sincerely,

Paul D. Esco

PDE/slk

MAILED
1/30/07