IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALABAMA NORTHERN DIVISION

DAVID COOPER
   PLAINTIFF,

V.                                    CASE NO. 2:07cv129-WKW

D.T. MARSHALL, SGT. THIRTY
   RESPONDANTS

FILED
FEB 5 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

RECEIVED
2007 FEB -6 A 9:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## AFFIDAVIT IN SUPPORT OF HABEAS CORPUS

Comes now, the petitioner, David Cooper, pro se, in the above style manner, pursuant is rule, affidavit in support of habeas corpus. I David Cooper declare under the penalty of perjury that this affidavit is true and correct to the best of my knowledge and believe and I will take a oath in court to this affidavit statement according to law.

1. EXHIBIT-B, clearly shows from the Montgomery police department supplementary offense report of Cpl. M.O. Hall #413 please forward the arrows that petitioner was assume arrested on 4-06-06.

2. On EXHIBIT-C, a copy of the admitted physician Gms Ahmed, follow arrows are admitted date 4-4-06 and discharge date 4-6-06 clearly shows I was only here in Montgomery for three days and their is any other record to that fact, even not in Circuit Court case number CC06-1084-JH the violation of community notification act 15-20-24 (B) line 1, 2, which was done process on 1-29-07, which police officer M.O. Hall #413 knowingly fail to show up as witness, this court can subpoenaed records from Baptist Medical Center South, account number follow the arrow

and Mr. numbers follow the arrow for vertification, as this court also will see that the petitioner had a team of Doctors total of five regarding his medical needs which will testify that petitioner stay in the hospital from 4-4-06 to 4-6-06.

3) Exhibit-C-1, follow both arrow for vertification that he was admitted on 4-4-06, and treated at Baptist medical Center. By this information it is clearly that Statute 15-20-24(B) line 1,2, fail within 10 days of receipt of vertification form is purely abication, the record clearly show that petitioner was not in violation of anything.

4) Petitioner Further states that a nure process case doesn't find petitioner Guilty of anything, therefore, legal he was to be released on 1-29-07. Statute 15-20-21 legislative finding doesn't Support D.T. Marshall, policy of keeping petitioner in Jail legally regarding the violation of Community Notification act, It is also clear accordingly to line 4, from the top petitioner wasn't in violation of anything therefore, even if it was a law, legally petitioner still should be released because he wasn't Guility of 15-20-24(B) which is a illegally created, as to which he was held against his will approximately 9 months, now petitioner is still being held against his will from 1-29-07, theron. The petitioner still by law shouldn't be require to registration with the sheriff Department, because all this time expired due to the errors of Cpl. M.D. Hall, 413 So-Cell legal correst and keeping petitioner Confined for 9 months for no legal reason.

(3)

5). petitioner states he wasn't in violation of Community Notification act 15-20-23 throughout the entire Notification act, and truly the only statute which apply to petitioner, is Exhibit-D. 13A-11-200 (B) 6,7,8, within 30 days after September 7, 1967, Follow arrow, nor did I come here to live are transfer any residence pursuant to 15-20-23, nor doesn't 15-20-24 apply, nor 15-20-25, nor 15-20-25.1. throughout.

petitioner states base of the statement above he should be legally released and restore the time of 9 months, being release as if it is still his third day in montgomery from 4-4-06 to 4-6-6, and all the unnecessary time should be charge with the state because they illegally kept petitioner confined approximately 9. months, and that petitioner praise this court for a immediate release including the reinbursement of funds from D.T. Marshall, from 1-29-07 until released by its law and Statute So petitioner can return back to Ft. Lauderdale Fl. as he originally planned and who only came here to get a copy of his photo I.D. and birth certificate, who got sick due to heart problem at the montgomery Driving license Division 1040 Coliseum Blvd. Seeking his photo I.D. and was rush to baptist medical center on 4-4-06, which if this court would subpoenaed all medical records from baptist they will also see Haynes abulance service rush to baptist hospital on 4-4-06, for this cause, petitioner requests habeas corpus relief something be granted. Also Exhibit-D-1 clearly shows that judge Johnny Hardwick is illegally holding me and not accordingly to statute 15-20-21 legislative finding but simply his on rule which also constitute

4

false imprisonment. It is further clearly that on 1-30-07, petitioner was still in jail, and judge Hardwick cannot make any order which contribute to violates my constitutional right the (8) eighth amendment cruel and unusual punishment violation of the fifth amendment depriving me of my life, liberty illegally when no statute or law support this decision, and the violation of the equal protection of the law, again depriving me of my (14) fourteenth amendment life liberty without due process of law which is guarantee by the (14) Fourteenth amendment. Judge Hardwick stated on the transcript on 1-29-07 O.K. I will lock unless this court also including him as a respondent to pay reimbursement fees to petitioner for illegally holding petitioner against his will, and against the laws of this state I am requesting the total amount by law and is statute be immediately granted along with the immediate release pursuant to this habeas corpus which is on file, It is also clear that nothing the petitioner is filing is frivolous on any action in this honorable Court, It is also clearly that the corrupted state of Alabama is continuing to pick a fight with petitioner, truly because he doesn't represent a dark forces of evil, any court can read anything filed by petitioner and see that nothing is wrong with the petitioner but those who attempts to use their position for evil. petitioner is still being held in the physical bondage of hell unjustifyly and truly not in accordingly to law, and I didn't choose to live in this state see Exhibit D-T.

Date 2-4-07.

David Cooper
7743

CERTIFICATE OF SERVICE

I, petitioner has forward a copy of affidavit in support of habeas corpus including Exhibit - B - C - C-1 - D. and certificate of service by placing it in the U.S. mail on this 4th day of Feburary 2007.

Daniel Cooper 7740
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195