IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER                              *

    Petitioner,                            *

v.                                                    *          2:07-CV-129-WKW

SHERIFF D.T. MARSHALL, *et al.*,   *

    Respondents.                        *
_____

**O R D E R**

Pending before the court is Petitioner's application for habeas corpus relief. Petitioner has not submitted the $5.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to either provide the court with the $5.00 filing fee or with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before February 26, 2007 Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a form for use in filing a motion to proceed *in forma pauperis* to Petitioner.

Done, this 13th day of February 2007.

        /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE