IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID COOPER                             *

    Petitioner,                           *

    v.                                          *        2:07-CV-129-WKW

SHERIFF D.T. MARSHALL, *et al.*,    *

    Respondents.                        *
_____

**O R D E R**

For good cause, the Clerk is DIRECTED to send to Petitioner's current address a copy of the court's February 13, 2007 order (Doc. No. 3.) Accordingly, it is ORDERED that:

1. Petitioner is GRANTED an extension to and including March 6, 2007 to comply with the directives contained in the court's February 13, 2007 order. Petitioner is cautioned that his failure to comply with this order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a form for use in filing a motion to proceed *in forma pauperis* by a non-prisoner to Petitioner.

Done, this 21st day of February 2007.

                                        /s/Terry F. Moorer
                               TERRY F. MOORER
                               UNITED STATES MAGISTRATE JUDGE