IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID COOPER,                          )
                                       )
        Petitioner,                    )
                                       )
v.                                     )        CASE NO. 2:07-cv-129-WKW
                                       )
SHERIFF D.T. MARSHALL, *et al.*,       )
                                       )
        Respondents.                   )

## ORDER

On March 8, 2007, the Magistrate Judge filed a Recommendation (Doc. # 5) that the petitioner's Petition for Writ of Habeas Corpus be denied for failure to comply with the orders of the court. Petitioner was directed to either submit a $5.00 filing fee or file with the court an application to proceed *in forma pauperis* per Order of the magistrate judge dated February 13, 2007 (Doc. # 3). Petitioner has failed to comply with the Order.

Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1.      The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED; and

2.      Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is DISMISSED.

An appropriate judgment will be entered.

DONE this 18th day of April, 2007.

        /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE